**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA      :      CRIMINAL ACTION

              v.                :

BRENT LAMAR HULL           :      NO. 07-38-15

## <u>ORDER</u>

AND NOW, this 19th day of August, 2010, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that Defendant's Motion to Suppress (Doc. No. 344) is DENIED.

BY THE COURT:

/s/ Michael M. Baylson

_____

Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\07-38-15 Hull, U.S.v\Hull 07-38-15 - Order Mot Suppress.wpd