# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| BRENT LAMAR HULL | : | NO. 07-38-15 |

## ORDER

**AND NOW,** this 27th day of May, 2015, upon review of defendant's petition for post-conviction relief, and the government's response and defendant's reply brief, the Court concludes:

1. Defendant has failed to show any constitutional deprivation entitling him to relief for the reasons stated in the foregoing Memorandum.

2. Defendant's petition is **DENIED**.

3. The Court finds no grounds to enter a certificate of appealability.

4. The Clerk shall close this case.

**BY THE COURT:**

*/s/ Michael M. Baylson*

**MICHAEL M. BAYLSON, U.S.D.J.**